IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDDIE LINDSEY,

    Plaintiff,

v.

UNITED AIRLINES, INC., *et al.*,

    Defendant.

No. C 17-00753 WHA

**ORDER SETTING SCHEDULE FOR MOTION TO TRANSFER VENUE**

This action was originally assigned to Judge Donna Ryu.  On March 14, defendants declined magistrate judge jurisdiction and moved to transfer venue (Dkt. Nos. 17–18).  The order reassigning the case to the undersigned judge stated "All hearing and trial dates presently scheduled are vacated.  However, existing briefing schedules for motions remain unchanged.  *Motions must be renoticed for hearing before the judge to whom the case has been reassigned*" (Dkt. No. 21) (emphasis added).  Defendants have not renoticed their motion to transfer venue, but they now make a stipulated request to adjust the briefing schedule.  This order treats the request as renoticing the motion and sets the following schedule:

- Plaintiff's opposition is due **MARCH 31 AT NOON**.
- Defendants' reply is due **APRIL 7 AT NOON**.
- A hearing is set for **MAY 4 AT 8:00 A.M.**

Defendants shall promptly lodge courtesy copies of their motion and supporting papers with chambers.

**IT IS SO ORDERED.**

Dated: March 27, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE