UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDDIE LINDSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC.,<br><br>    Defendant. | CASE NO. 3:17-CV-00753-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF EDDIE LINDSEY'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY AND TO TERMINATE ELECTRONIC NOTICES |

Having considered Plaintiff Eddie Lindsey's Unopposed Motion to Withdraw Attorney and to Terminate Electronic Notices, for good cause shown, the Court ORDERS that such Motion is **GRANTED**.

It is therefore ORDERED that Mark C. Holden is hereby withdrawn as counsel of record for Plaintiff Eddie Lindsey, and terminated from CM/ECF notifications in connection with the above-captioned matter.

Dated: October 23, 2017.

Hon. William Alsup
United States District Judge