Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Eddie Lindsey )
                              ) Case No: 4:17-cv-00753
                              )
                Plaintiff(s), ) **APPLICATION FOR**
                              ) **ADMISSION OF ATTORNEY**
    v. ) **PRO HAC VICE**
                              ) (CIVIL LOCAL RULE 11-3)
United Air Lines, Inc., Continental Airl )
                              )
               Defendant(s). )

    I, Edward B. Goolsby, an active member in good standing of the bar of Texas Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Eddie Lindsey in the above-entitled action. My local co-counsel in this case is Jason Skaggs, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1221 McKinney, Ste. 2500<br>Houston, TX 77010 | 530 Lytton Avenue, 2nd Floor<br>Palo Alto, CA 94301 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (713) 655-1101 | (650) 617-3226 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| egoolsby@azalaw.com | jason@skaggsfaucette.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24092436.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated:                                                                      Edward B. Goolsby
                                                                                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Edward B. Goolsby is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 5, 2017.
                                                                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                             *October 2012*